**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-2114
_____

WILLIAM F. KAETZ,
                                        Appellant

v.

UNITED STATES OF AMERICA; RENÉE MARIE BUMB,
Chief United States District Judge New Jersey District Court, Trenton Vicinage
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 1-23-cv-02741)
District Judge:  Honorable Juan R. Sánchez
_____

Submitted on Appellees' Motion for Summary Affirmance
Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
September 12, 2024
Before:  JORDAN, PORTER, and PHIPPS, Circuit Judges

(Opinion filed: October 1, 2024)
_____

OPINION[*]
_____

---

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.

PER CURIAM

Appellees' motion for summary affirmance is granted, and we will summarily affirm the District Court's order dismissing William Kaetz's complaint. The reasons for our ruling are explained by separate opinion issued in <u>Kaetz v. United States</u>, C.A. No. 23-2322. Kaetz's motion to withdraw the motion for judicial notice that he filed at Appeal Docket No. 18 is granted. Kaetz's corrected motion for judicial notice is granted to the extent that we have considered the arguments raised therein in resolving this appeal. To the extent that any of Kaetz's submissions on appeal can be construed to request any other relief, such relief is denied.